**Electronically Filed
Supreme Court
SCWC-30516
21-OCT-2011
09:24 AM**

SCWC-30516

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI ,
Respondent/Plaintiff-Appellee,

vs.

LAWRENCE PAI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30516; CASE NO. 1DTA-10-00706)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.)

Petitioner/Defendant-Appellant Lawrence Pai's application for writ of certiorari, filed on September 12, 2011, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 21, 2011.

Timothy MacMaster for
petitioner/defendant-
appellant on the
application

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Simeon R. Acoba, Jr.
/s/ James E. Duffy, Jr.
/s/ Sabrina S. McKenna

